IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1704-11






ANDRE LEROY GARRETT, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SIXTH COURT OF APPEALS


DALLAS COUNTY





 Per curiam. Keasler and HERVEY, JJ., dissent.


ORDER 



 The petition for discretionary review violates Rules of Appellate Procedure
68.5 because the petition exceeds the proper page limits.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must
be filed in the Court of Criminal Appeals within thirty days after the date of this order.

 

Filed March 7, 2012

Do not publish